Case 1:08-cr-00364 Document 1 Filed 05/07/2008 Page 1 of 1

JUDGE ANDERSEN   FILED   EAU CLAIRE
MAY – 7 2008
MAGISTRATE JUDGE KEYS
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| PROB 22 (Rev. 02/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 94-CR-19-C-01 |
| | | DOCKET NUMBER (Rec. Court) |
| | | 08CR 364 |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Samuel Greer Jr. | Western Wisconsin | Madison |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Barbara B. Crabb | |
| RECEIVED APR 24 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS | DATES OF PROBATION/ SUPERVISED RELEASE | FROM March 13, 2008 — TO March 12, 2013 |

**OFFENSE**

Possess With Intent to Distribute Cocaine Base, in violation of 21 U.S.C. §841(a)(1); 2

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 2, 2008                     Barbara B. Crabb
Date                              United States District Judge

*This sentence may be deleted in the discretion of the transferring court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after entry of this order.

MAY – 5 2008                     James F. Holderman
Effective Date                   United States District Judge

RECEIVED APR 07 2008